UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENNY L. HACKNEY,**

      **Plaintiff,**

v.                                                      **Case No: 6:14-cv-892-Orl-41DAB**

**ORLANDO HEALTH CENTRAL, INC.,**

      **Defendant.**

      _____/

**ORDER**

THIS CAUSE is before the Court on the Renewed Joint Motion for Approval of FLSA Settlement (Doc. 23) filed on December 26, 2014. United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 24) on December 30, 2014, recommending that the Motion be granted. Thereafter, the parties filed a Joint Notice of No Objections (Doc. 25) to the Report and Recommendation.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation filed December 30, 2014, (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of FLSA Settlement (Doc. 23) is **GRANTED.**

3. This action is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record